

October 15, 2024

<u>**VIA ECF**</u>

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 370
New York, New York 10007

      **Re:**    *Farm Sanctuary v. USDA*
                **Docket No. 24-382**

Dear Ms. Wolfe:

    I represent appellants Farm Sanctuary, Animal Equality, and Animal Outlook in *Farm Sanctuary v. USDA*, Docket No. 24-382. I received the transcript from the court reporter on October 7, 2024. In accordance with instructions from the Clerk of Court's office, I will separately file a Scheduling Notification.

                                             Respectfully,

                                             Piper Hoffman
                                             *Counsel for Appellants*
                                             Tel: (347) 201-0177
                                             phoffman@animaloutlook.org