UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of October, two thousand twenty-four,

_____

| | |
|---|---|
| Farm Sanctuary, Animal Equality, Animal Outlook, | **ORDER** |
| | Docket No. 24-382 |
|     Plaintiff - Appellants, | |
| and | |
| Center For Biological Diversity, Compassion Over Killing, Mercy For Animals, Inc., North Carolina Farmed Animal Save, Animal Legal Defense Fund, | |
|     Plaintiff - Plaintiffs, | |
| v. | |
| United States Department of Agriculture, Food Safety and Inspection Service, | |
|     Defendant - Appellee. | |

_____

     Counsel for APPELLANTS Farm Sanctuary, Animal Equality, Animal Outlook, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting January 6, 2024, as the brief filing date.

     It is HEREBY ORDERED that Appellants' brief must be filed on or before January 6, 2024. The appeal is dismissed effective January 6, 2024, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                            For The Court:
                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

